## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE:                      )

                             )

JEFFREY CUNNINGHAM,      )     Case No.:  18-83342-CRJ7

                             )

xxx-xx-8337,                    )

                             )

        Debtor.           )

## <u>NOTICE OF WITHDRAWAL</u>

Comes now the undersigned counsel and files this Motion to Withdraw Document "Motion to Employ Special Counsel".

Respectfully submitted,

_/s/  P. Mark Petro_____

P. Mark Petro
Attorney for Jeffrey Cunningham in
Non-Bankruptcy Civil Action

OF COUNSEL:

PITMAN & PETRO ACCIDENT AND INJURY ATTORNEYS
7800 Madison Blvd, Suite 700
Huntsville, AL 35806